UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| COMPLIANT PHARMACY ALLIANCE COOPERATIVE,<br><br>       Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION and AMERISOURCEBERGEN CORPORATION,<br><br>       Defendants. | CASE NO. 18-CV-580 |

## NOTICE OF APPEARANCE

   PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Compliant Pharmacy Alliance Cooperative.

*/s/ Nicholas A. Gravante, Jr.*
Nicholas A. Gravante, Jr.
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel: (212) 446-2300
ngravante@bsfllp.com

Dated:  October 5, 2018

1