

September 6, 2019

**V<small>IA</small> ECF**
Hon. James D. Peterson
U.S. District Judge
U.S. District Court for the Western District of Wisconsin
120 N. Henry St.
Madison, WI 53703

    Re:    *Compliant Pharmacy Alliance Cooperative v. AmerisourceBergen Drug Corporation et al.*,
           Case No. 3:18-cv-00580

Dear Judge Peterson:

    We, the undersigned counsel, represent Plaintiff Compliant Pharmacy Alliance Cooperative and Defendants AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation. We write to inform the Court that the parties have reached a settlement in principle of the above-captioned matter. The parties intend to work expeditiously to bring this matter to a final resolution soon.

    Thank you for your attention to this matter.

    Sincerely,

*/s/ Philip J. Iovieno*      */s/ Larry R. (Buzz) Wood, Jr.*
Philip J. Iovieno      Larry R. (Buzz) Wood, Jr.
Boies Schiller Flexner LLP      Blank Rome LLP

*Counsel for Compliant Pharmacy Alliance Cooperative*      *Counsel for AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation*