

September 24, 2019

**Via ECF**
Hon. James D. Peterson
U.S. District Judge
U.S. District Court for the Western District of Wisconsin
120 N. Henry St.
Madison, WI 53703

    Re:   *Compliant Pharmacy Alliance Cooperative v. AmerisourceBergen Drug Corporation et al.*,
           Case No. 3:18-cv-00580

Dear Judge Peterson:

    We, the undersigned counsel, represent Plaintiff Compliant Pharmacy Alliance Cooperative and Defendants AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation. Per the Court's order (Dkt. 116), we write to inform the Court that the parties have executed a settlement agreement resolving the above-captioned matter. The terms of the settlement agreement provide that Plaintiff Compliant Pharmacy Alliance will file a stipulation of dismissal with the Court on or before October 7, 2019. The Parties respectfully request the matter not be dismissed until that submission.

    Thank you for your attention to this matter and we are available at the Court's convenience to address any questions.

                                                    Sincerely,

| | |
|---|---|
| */s/ Philip J. Iovieno* | */s/ Larry R. (Buzz ) Wood, Jr.* |
| Philip J. Iovieno | Larry R. (Buzz) Wood, Jr. |
| Boies Schiller Flexner LLP | Blank Rome LLP |
| | |
| *Counsel for Compliant Pharmacy Alliance Cooperative* | *Counsel for AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation* |