UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| COMPLIANT PHARMACY ALLIANCE COOPERATIVE,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION and AMERISOURCEBERGEN CORPORATION,<br><br>        Defendants. | **CASE NO. 18-CV-580** |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed, with prejudice, and without fees, costs or disbursements as against any party.

1

Respectfully submitted,

| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **BLANK ROME LLP** |
| By: */s/ Philip J. Iovieno* <br>   Philip J. Iovieno <br>   Ryan T. McAllister <br>   Mark A. Singer <br>   30 South Pearl Street <br>   Albany, New York 12207 <br>   Tel: (518) 434-0600 <br>   piovieno@bsfllp.com <br>   rmcallister@bsfllp.com <br>   msinger@bsfllp.com <br><br>   Nicholas A. Gravante, Jr. <br>   55 Hudson Yards <br>   New York, NY 10001 <br>   Tel: (212) 446-2300 <br>   ngravante@bsfllp.com <br><br>   *Attorneys for Compliant Pharmacy Alliance Cooperative* | By: */s/ Larry R. (Buzz) Wood, Jr.* <br>   Larry R. (Buzz) Wood, Jr. <br>   Sophia Lee <br>   Daniel S. Morris <br>   130 North 18th Street <br>   Philadelphia, PA 19103 <br>   Tel: (215) 569-5500 <br>   lwood@blankrome.com <br>   slee@blankrome.com <br>   morris-d@blankrome.com <br><br> **HANSEN REYNOLDS LLC** <br><br> By: */s/ Timothy M. Hansen* <br>   Timothy M. Hansen, SBN 1044430 <br>   301 N. Broadway, Suite 400 <br>   Milwaukee, WI 53202 <br>   Tel: (414) 455-7676 <br>   thansen@hansenreynolds.com <br><br>   John W. McCauley, SBN 1104739 <br>   10 East Doty Street, Suite 800 <br>   Madison, WI 53703 <br>   Tel: (508) 841-1510 <br>   jmccauley@hansenreynolds.com <br><br>   *Attorneys for AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation* |
| Dated: October 4, 2019 | Dated: October 4, 2019 |